

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00195-CV

Tomoko **WARREN**,
Appellant

v.

Eric-Jason M. **WARREN**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 17-302
Honorable Bill R. Palmer, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee Eric-Jason M. Warren recover his costs of this appeal from appellant Tomoko Warren.

SIGNED May 1, 2019.

_____
Rebeca C. Martinez, Justice